UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Government,

-against-

AARON MOISES BETANCOURT-ROJAS,

Defendant.

26 MJ 4201 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The letter motion at ECF 4 is granted. A plea was taken under Rule 58 Plea. The Clerk of Court is respectfully requested to terminate ECF 4.

DATED: October 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge