UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Government,

-against-

AARON MOISES BETANCOURT-ROJAS,

Defendant.

26MJ04201 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Defendant appeared before the Court and waived venue pursuant to Federal Rule of Criminal Procedure 58(c)(2)(B). Accordingly, the Clerk of Court for the Southern District of New York is respectfully directed to notify the Clerk of Court for the Western District of Texas that Case No. EP-25-M-982-MAT has been transferred to this Court.

DATED: October 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge