UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Government,<br>-against-<br>AARON MOISES BETANCOURT-ROJAS,<br>Defendant. | 26MAG4201<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On or about March 7, 2025, a criminal complaint was filed in the United States District Court for the Western District of Texas, charging the Defendant AARON MOISES BETANCOURT-ROJAS with one count of improper entry by an alien, 8 U.S.C. § 1325(a)(1), a Class B misdemeanor.

On October 8, 2026, the Defendant appeared in the United States District Court for the Southern District of New York. The Defendant voluntarily waived venue in the Western District of Texas and consented to the transfer of the case to the Southern District of New York. The Defendant further entered a plea of guilty and was sentenced on October 16, 2026.

DATED: October 16, 2026
New York, NY

SO ORDERED.

RTarn

**ROBYN F. TARNOFSKY**
United States Magistrate Judge