UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Government,

-against-

AARON MOISES BETANCOURT-ROJAS,

Defendant.

26MJ04201 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of the Defendant's guilty plea and sentence imposed on **October 16, 2026** the United States Marshals Service is ORDERED to release the Defendant from its custody pending any other holds.

DATED: October 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge